No. 76–1331. NORBECK v. DAVENPORT COMMUNITY SCHOOL DISTRICT ET AL. C. A. 8th Cir. Certiorari denied. ▮

No. 76–1335. TYLER v. LOUISIANA. Sup. Ct. La. Certiorari denied. ▮

No. 76–1338. DIANA ET AL. v. OHIO. Sup. Ct. Ohio. Certiorari denied. ▮

No. 76–1341. RICHTER v. WASHINGTON. Ct. App. Wash. Certiorari denied. ▮

No. 76–1347. MARTIN SWEETS Co., INC. v. JACOBS. C. A. 6th Cir. Certiorari denied. ▮

No. 76–1348. LEAMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 76–1350. GARIBALDI ET AL. v. CANVIN, ADMINISTRATRIX, ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 76–1353. KUYKENDALL v. SOUTHERN FARM BUREAU CASUALTY INSURANCE Co. C. A. 5th Cir. Certiorari denied. ▮

No. 76–1379. DAVIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 76–1409. VILLARREAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 76–1420. STATE MUTUAL LIFE ASSURANCE COMPANY OF AMERICA ET AL. v. ARTHUR ANDERSEN & Co. ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–1433. BUTLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮